

The relief described hereinbelow is SO ORDERED.

Signed December 03, 2006.

_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

```
          IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF KANSAS

IN THE MATTER OF:
 DARIO ALONSO MORALES                    )
 VILMA ISABEL MORALES                    )

FOR: TOYOTA MOTOR CREDIT CORP.
     % BECKET & LEE LLP
     P.O. BOX 3001 DEPT.
     MALVERN, PA 19355-0701       CHAPTER 13 CASE NO.: 06-20326-13


          ORDER GRANTING OBJECTION TO CLAIM:   0021
```

Now at Kansas City, Kansas comes before the Court the Trustee's Objection to Claim. After reviewing the file and hearing recommendations of the Trustee, and there having been no response to the Trustee, and there having been no response to the Notice with Opportunity, the Court finds the claim of **TOYOTA MOTOR CREDIT CORP.** should be, and hereby is, allowed as follows:

Allowed as a UNSECURED claim in the                $           .00 Principal
amount shown at right for the following reason:    $           .00 Interest
   LATE FILED CLAIM, PROOF OF CLAIM FILED ON 10/9/06.
   BAR DATE EXPIRED ON 7/18/06.

###

Prepared and Approved By:

<u>s/ W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #08060
4350 Shawnee Mission Parkway, Ste. 13
Fairway, KS 66205-2535
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

FG19/2/KRS